**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**SHANNON ROCHELLE HINTON**                                    **PETITIONER**

**v.**                                    **CIVIL ACTION NO. 2:24-cv-102-TBM-BWR**

**STATE OF MISSISSIPPI**                                    **RESPONDENT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the submission of the Report and Recommendation [18] entered by United States Magistrate Judge Bradley W. Rath on January 28, 2025. Judge Rath recommends granting the State of Mississippi's Motion to Dismiss [11], dismissing Petitioner Shannon Rochelle Hinton's Petition for Writ of Habeas Corpus [1] with prejudice, and denying Hinton a certificate of appealability. Hinton has not filed an objection to the Report and Recommendation, and the time for filing an objection has expired.[1]

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b) advisory committee's note to 1983 addition (citations omitted); *see Casas v. Aduddell*, 404 F. App'x 879, 881 (5th Cir. 2010) ("When a party fails timely to file written objections to the magistrate judge's proposed findings, conclusions, and recommendation, that party is barred from attacking on appeal the unobjected-to proposed findings and conclusions which the district court accepted, except for plain error") (citing *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1)). Having considered Judge Rath's Report and Recommendation, the Court finds that it is neither clearly erroneous nor contrary to law.

---

[1] A copy of the Report and Recommendation [18] was mailed to Hinton at the address listed on the docket on January 28, 2025.

IT IS THEREFORE ORDERED AND ADJUDGED that the Report and Recommendation [18] entered by United States Magistrate Judge Bradley W. Rath on January 28, 2025, is ADOPTED as the opinion of the Court.

IT IS FURTHER ORDERED AND ADJUDGED that Petitioner Shannon Rochelle Hinton's Petition for Writ of Habeas Corpus [1] is DISMISSED WITH PREJUDICE.

THIS, the 21st day of February, 2025.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE